EXHIBIT A TO COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

███████████

**Effective Date of Registration:**
January 07, 2021
**Registration Decision Date:**
March 09, 2021

## Title _____

**Title of Work:** ███████████

**Previous or Alternate Title:**

## Completion/Publication _____

**Year of Completion:** 2016
**Date of 1st Publication:** August 30, 2016
**Nation of 1st Publication:** United States

## Author _____

• **Author:** ███████████
**Author Created:** 2-D artwork
**Work made for hire:** No
**Citizen of:** ███
**Domiciled in:** ███
**Year Born:** ███

## Copyright Claimant _____

**Copyright Claimant:** ███████████

## Rights and Permissions _____

**Name:**
**Email:**
**Address:** ███████████

Page 1 of 2

## Certification

**Name:** ███████████████

**Date:** January 07, 2021

**Copyright Office notes:**   Regarding basis for registration: Registration is based on the artwork in the logo.
Copyright does not protect names, titles, short phrases, or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

███████████

**Effective Date of Registration:**
July 29, 2021
**Registration Decision Date:**
August 26, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
|  |  |
|---|---|
| **Title of Work:** | ████████████ |

## Completion/Publication
|  |  |
|---|---|
| **Year of Completion:** | ████ |
| **Date of 1st Publication:** | March 02, 2017 |
| **Nation of 1st Publication:** | United States |

## Author
|  |  |
|---|---|
| • **Author:** | ████████████ |
| **Author Created:** | Artwork |
| **Citizen of:** | ████ |

## Copyright Claimant
|  |  |
|---|---|
| **Copyright Claimant:** | ████████████ |

## Certification
|  |  |
|---|---|
| **Name:** | ████████████ |
| **Date:** | July 29, 2021 |

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans.  37 C.F.R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

███████████

**Effective Date of Registration:**
August 01, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** ████████████

## Completion/Publication

**Year of Completion:** ████
**Date of 1st Publication:** March 19, 2019
**Nation of 1st Publication:** United States

## Author

• **Author:** ████████████
**Author Created:**
**Citizen of:** ████████████

## Copyright Claimant

**Copyright Claimant:** ████████████

## Certification

**Name:** ████████████
**Date:** August 01, 2021

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

▮▮▮▮

**Effective Date of Registration:**
September 29, 2022
**Registration Decision Date:**
October 17, 2022

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** ▮▮▮▮

## Completion/Publication

**Year of Completion:** ▮▮▮▮
**Date of 1st Publication:** August 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** ▮▮▮▮
**Author Created:**
**Citizen of:**

## Copyright Claimant

**Copyright Claimant:** ▮▮▮▮

## Certification

**Name:** ▮▮▮▮
**Date:** September 29, 2022

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual; 3)
All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

▮▮▮▮▮▮▮

**Effective Date of Registration:**
August 05, 2021
**Registration Decision Date:**
September 02, 2021

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
                **Title of Work:** ▮▮▮▮

## Completion/Publication
           **Year of Completion:** ▮▮▮▮
     **Date of 1st Publication:** February 28, 2020
   **Nation of 1ˢᵗ Publication:** United States

## Author
        •       **Author:** ▮▮▮▮
       **Author Created:**
           **Citizen of:**

## Copyright Claimant
       **Copyright Claimant:** ▮▮▮▮

## Certification
           **Name:** ▮▮▮▮
           **Date:** August 05, 2021

      **Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

████████

**Effective Date of Registration:**
August 03, 2021
**Registration Decision Date:**
August 31, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title _____

**Title of Work:** ████████

## Completion/Publication _____

**Year of Completion:** ████
**Date of 1st Publication:** March 26, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author _____

• **Author:** ████████
**Author Created:**
**Citizen of:** ████████

## Copyright Claimant _____

**Copyright Claimant:** ████████

## Certification _____

**Name:** ████████
**Date:** August 03, 2021

---

**Copyright Office notes:**    Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

███████████

**Effective Date of Registration:**
September 24, 2021
**Registration Decision Date:**
October 26, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | ██████████ |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | ████ |
| **Date of 1st Publication:** | July 26, 2021 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author** | ██████████ |
| **Author Created** | |
| **Citizen of** | ██████████ |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | ███████████████ |

## Certification

| | |
|---|---|
| **Name:** | ████████████ |
| **Date:** | September 24, 2021 |

---

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**Effective Date of Registration:**
September 24, 2021
**Registration Decision Date:**
October 26, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:**

## Completion/Publication
_____

**Year of Completion:**
**Date of 1st Publication:**  June 15, 2021
**Nation of 1st Publication:**  United States

## Author
_____

• **Author:**
**Author Created:**
**Citizen of:**

## Copyright Claimant
_____

**Copyright Claimant:**

## Certification
_____

**Name:**
**Date:**  September 24, 2021

---

**Copyright Office notes:**  Regarding basis for registration: A work may be registered with the Single
Application only if the following requirements have been met: 1) The
registration covers one work; 2) The work must be created by one individual...
All of the material contained within the work must be created by the same...

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

██████████

**Effective Date of Registration:**
September 19, 2021
**Registration Decision Date:**
November 04, 2021

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:** ████████████

**Content Title:** ████████████

## Completion/Publication

**Year of Completion:** ████

## Author

- **Author:** ████████
  **Author Created:**
  **Citizen of:**
  **Domiciled in:** ████████

## Copyright Claimant

**Copyright Claimant:** ████████████

## Certification

**Name:** ████████████
**Date:** September 19, 2021

Page 1 of 2

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Regarding group registration: registration is based on the artwork in the deposited works. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

■■■■■■

**Effective Date of Registration:**
May 27, 2024
**Registration Decision Date:**
September 04, 2024

## Title

**Title of Work:** ■■■■■■

## Completion/Publication

**Year of Completion:** ■■■■
**Date of 1st Publication:** March 02, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** ■■■■■■
  **Author Created:** ■■■■■■
  **Citizen of:**

## Copyright Claimant

**Copyright Claimant:** ■■■■■■

**Transfer statement:** By written agreement

## Certification

**Name:** ■■■■■■
**Date:** May 27, 2024

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

▮▮▮▮▮▮▮▮

**Effective Date of Registration:**
October 05, 2022
**Registration Decision Date:**
October 18, 2022

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

**Title of Work:** ▮▮▮▮▮▮▮

## Completion/Publication
_____

**Year of Completion:** ▮▮▮▮
**Date of 1st Publication:** June 03, 2021
**Nation of 1st Publication:** United States

## Author
_____

• **Author:** ▮▮▮▮▮▮▮
**Author Created:**
**Citizen of:**

## Copyright Claimant
_____

**Copyright Claimant:** ▮▮▮▮▮▮▮

## Certification
_____

**Name:** ▮▮▮▮▮▮▮
**Date:** October 05, 2022

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

████████

**Effective Date of Registration:**
September 21, 2021
**Registration Decision Date:**
November 08, 2021

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title _____

| | |
|---|---|
| **Title of Group:** | ████████████████ |
| **Content Title:** | ████████████████ |

### Completion/Publication _____

**Year of Completion:** 2021

### Author _____

| | |
|---|---|
| • **Author:** | ████████ |
| **Author Created:** | |
| **Work made for hire:** | |
| **Citizen of:** | |
| **Domiciled in:** | |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | ████████ |

Page 1 of 2

## Certification

**Name:** ████████████████
**Date:** September 21, 2021

---

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

