EXHIBIT A TO COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

█████████████

**Effective Date of Registration:**
January 07, 2021
**Registration Decision Date:**
March 09, 2021

---

## Title

Title of Work: █████████████

Previous or Alternate Title: 

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: August 30, 2016
Nation of 1st Publication: United States

## Author

- Author: █████████████
  Author Created: 2-D artwork
  Work made for hire: No
  Citizen of:
  Domiciled in: ███
  Year Born:

## Copyright Claimant

Copyright Claimant: █████████████████

## Rights and Permissions

Name: ████████████
Email:
Address: ████████████

# Certification

**Name:** ████████████
**Date:** January 07, 2021

**Copyright Office notes:**  Regarding basis for registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases, or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

<span style="background:black">          </span>

**Effective Date of Registration:**
July 29, 2021
**Registration Decision Date:**
August 26, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** ███████████████

## Completion/Publication

**Year of Completion:** ████
**Date of 1st Publication:** March 02, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** █████████████
  **Author Created:** Artwork
  **Citizen of:** ██████

## Copyright Claimant

**Copyright Claimant:** ████████████████

## Certification

**Name:** ███████████████
**Date:** July 29, 2021

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3)

All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration is based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

█████████████

**Effective Date of Registration:**
August 01, 2021
**Registration Decision Date:**
August 31, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

  **Title of Work:** ████████████████

## Completion/Publication
_____

  **Year of Completion:** ██████
  **Date of 1st Publication:** March 19, 2019
  **Nation of 1st Publication:** United States

## Author
_____

  • **Author:** ████████████████
  **Author Created:**
  **Citizen of:**

## Copyright Claimant
_____

  **Copyright Claimant:** ████████████████████████

## Certification
_____

  **Name:** ████████████████████
  **Date:** August 01, 2021

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

███

**Effective Date of Registration:**
September 29, 2022
**Registration Decision Date:**
October 17, 2022

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** ███

## Completion/Publication

**Year of Completion:** ███
**Date of 1st Publication:** August 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** ███
  **Author Created:**
  **Citizen of:**

## Copyright Claimant

**Copyright Claimant:** ███

## Certification

**Name:** ███
**Date:** September 29, 2022

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**Effective Date of Registration:**
August 05, 2021

**Registration Decision Date:**
September 02, 2021

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:**

## Completion/Publication

**Year of Completion:**
**Date of 1st Publication:** February 28, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:**
  **Author Created:**
  **Citizen of:**

## Copyright Claimant

**Copyright Claimant:**

## Certification

**Name:**
**Date:** August 05, 2021

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

████████████

**Effective Date of Registration:**
August 03, 2021
**Registration Decision Date:**
August 31, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
**Title of Work:** ████████████

## Completion/Publication
**Year of Completion:** ████
**Date of 1st Publication:** March 26, 2019
**Nation of 1st Publication:** United States

## Author
- **Author:** ████████████
  **Author Created:**
  **Citizen of:**

## Copyright Claimant
**Copyright Claimant:** ████████████

## Certification
**Name:** ████████████
**Date:** August 03, 2021

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

Basis for Registration: Registration based on the artwork in the logo. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

▮▮▮▮▮▮▮▮

**Effective Date of Registration:**
September 24, 2021
**Registration Decision Date:**
October 26, 2021

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** ▮▮▮▮▮▮

## Completion/Publication

**Year of Completion:** ▮▮▮▮
**Date of 1st Publication:** July 26, 2021
**Nation of 1st Publication:** United States

## Author

- **Author** ▮▮▮▮▮▮
  **Author Created**
  **Citizen of** ▮▮▮▮▮

## Copyright Claimant

**Copyright Claimant:** ▮▮▮▮▮▮

## Certification

**Name:** ▮▮▮▮▮▮
**Date:** September 24, 2021

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

███████████

**Effective Date of Registration:**
September 24, 2021
**Registration Decision Date:**
October 26, 2021

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** ████████████

## Completion/Publication

**Year of Completion:** ██████
**Date of 1st Publication:** June 15, 2021
**Nation of 1st Publication:** United States

## Author

● **Author:**
**Author Created:**
**Citizen of:**

## Copyright Claimant

**Copyright Claimant:**

## Certification

**Name:**
**Date:** September 24, 2021

Copyright Office notes: Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; All of the material contained within the work must be created by the same

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

▆▆▆▆▆▆▆▆▆

**Effective Date of Registration:**
September 19, 2021
**Registration Decision Date:**
November 04, 2021

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:** ▆▆▆▆▆▆▆▆▆
**Content Title:** ▆▆▆▆▆▆▆▆▆

## Completion/Publication

**Year of Completion:** ▆▆▆▆

## Author

- **Author:** ▆▆▆▆▆▆▆
  **Author Created:**
  **Citizen of:**
  **Domiciled in:**

## Copyright Claimant

**Copyright Claimant:** ▆▆▆▆▆▆▆▆▆

## Certification

**Name:** ▆▆▆▆▆▆▆
**Date:** September 19, 2021

**Correspondence:** Yes

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Regarding group registration: registration is based on the artwork in the deposited works. Copyright does not protect names, titles, short phrases or slogans. 37 C.F.R. 202.1.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

████████████

**Effective Date of Registration:**
May 27, 2024
**Registration Decision Date:**
September 04, 2024

## Title

**Title of Work:** ███████████████

## Completion/Publication

**Year of Completion:** ████
**Date of 1st Publication:** March 02, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** ███████████
  **Author Created:**
  **Citizen of:**

## Copyright Claimant

**Copyright Claimant:** █████████████████████

**Transfer statement:** By written agreement

## Certification

**Name:** ██████████
**Date:** May 27, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

██████████████

**Effective Date of Registration:**
October 05, 2022
**Registration Decision Date:**
October 18, 2022

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
**Title of Work:** ████████████

## Completion/Publication
**Year of Completion:** ████
**Date of 1st Publication:** June 03, 2021
**Nation of 1st Publication:** United States

## Author
• **Author:** ████████████
**Author Created:**
**Citizen of:**

## Copyright Claimant
**Copyright Claimant:** ████████████████

## Certification
**Name:** ████████████████
**Date:** October 05, 2022

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same

Page 1 of 2

individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**Effective Date of Registration:**
September 21, 2021
**Registration Decision Date:**
November 08, 2021

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

## Title

**Title of Group:**

**Content Title:**

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:**
  **Author Created:**
  **Work made for hire:**
  **Citizen of:**
  **Domiciled in:**

## Copyright Claimant

**Copyright Claimant:**

## Certification

**Name:** ███████████████████

**Date:** September 21, 2021

**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

