UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
XYZ CORP.,                                                              :
                                                                        :
                        Plaintiff,                                      :
                                                                        :           25-CV-3068 (JMF)
        -v-                                                             :
                                                                        :           ORDER
INDIVIDUALS et al.,                                                     :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As instructed during Monday's telephone conference, the Court's Individual Rules and Practices require a party filing a document under seal to electronically file on ECF both (1) a redacted copy of the document on the public docket and (2) an unredacted copy of the document with appropriate ECF viewing restrictions. Despite this explicit instruction, Plaintiff has nonetheless continued to file, with viewing restrictions, only unredacted versions of its submissions. *See* ECF Nos. 11-14.

      No later than **April 23, 2025**, Plaintiff is ORDERED to file redacted copies of all submissions currently filed only under seal, including its TRO motion and any supporting papers, *see* ECF Nos. 4-7, 10-14, on the public docket. Plaintiff is further ORDERED to file unredacted copies of all redacted submissions currently filed only on the public docket, including its Complaint and any supporting papers, *see* ECF Nos. 1-2, 9, on ECF with appropriate viewing restrictions.

      SO ORDERED.

Dated: April 23, 2025
      New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge