UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
XYZ CORP.,                                                        :
                                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :          25-CV-3068 (JMF)
          -v-                                                     :
                                                                  :             ORDER
                                                                  :
INDIVIDUALS et al.,                                               :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court's April 23, 2025 Order directed Plaintiff to file unredacted copies of the Complaint and supporting papers on ECF with appropriate viewing restrictions, as required by the Court's Individual Rules.  ECF No. 15.  Plaintiff, however, mistakenly filed these unredacted filings on the public docket — in two separate filings, *see* ECF Nos. 16, 21 — a mistake that is especially noteworthy given Plaintiff's insistence on the need for sealing in this case.  *See e.g.,* ECF No. 4 ("Absent an extension of the terms of the Sealing Order until the Service Providers and the Financial Institutions effectuate the terms of the TRO, Plaintiff's assertion of copyrights would be rendered ineffectual").  As a courtesy to Plaintiff, the Court has sealed these filings.

      Plaintiff's counsel is admonished to proceed cautiously and to consult the ECF Help Desk (helpdesk@nysd.uscourts.gov or (212) 805-0800) when necessary to ensure that no future technical errors are made.

      The Clerk of Court is directed to modify the viewing restrictions on ECF Nos. 16 and 21 to "ex parte," which restricts viewing to the filing party and the Court.

      SO ORDERED.

Dated: April 24, 2025
      New York, New York
                                            JESSE M. FURMAN
                                         United States District Judge