**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church Street #304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



---

<u>**VIA ECF**</u>                                            May 30, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

    Re:    **XYZ Corp. v. Individuals, et. al.,** (Dkt # 25-cv-3068-JMF)
           Refiling of Documents Previously Filed Under Seal

Dear Judge Furman:

    Pursuant to the Court's May 21, 2025, Order [ECF No. 40], my office attempted to comply with the directive to re-file previously sealed documents on the public docket by the May 28, 2025, deadline. However, from May 27 through the early afternoon of May 30, 2025, we encountered persistent technical issues that prevented successful filing via the ECF system.

    We promptly contacted the ECF Help Desk on multiple occasions—both by phone and email—to troubleshoot the issue. While the precise cause could not be determined, it appears the problem may have stemmed from a corruption or formatting issue with the underlying documents. After reprocessing the files and confirming their integrity, we were able to successfully file the required materials earlier today.

    The corrected public versions of the documents are now available at ECF Nos. 43–47 and include all required materials previously filed under seal, including declarations and exhibits.

    We regret any inconvenience caused by the delay and appreciate the Court's understanding.

                                                                        Sincerely,

                                                                        Dmitry Lapin, Esq.

        Duly noted. The Clerk of Court is directed to
        terminate ECF No. 46.

                SO ORDERED.

                June 1, 2025