UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
XYZ CORP. et al., :
:
:
Plaintiffs,, :
: 25-CV-3068 (JMF)
-v- :
: ORDER
:
INDIVIDUALS et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 3, 2025, Plaintiff Fox Shiver LLC filed a motion for an award of fees pursuant to Fed. R. Civ. P. 4(d)(2) as to Defendants Ayse R. Civelek d/b/a RanasThreadsnTees and Shameem Aslam d/b/a StitchSpire.  ECF No. 91.  Defendants shall file any opposition no later than **September 11, 2025.**  No reply may be filed absent prior leave of Court.

      SO ORDERED.

Dated: September 4, 2025
      New York, New York
                                     JESSE M. FURMAN
                                     United States District Judge