UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :

XYZ CORP. et al.,

                      Plaintiffs,

                                      25-CV-3068 (JMF)

          -v-

                                      <u>ORDER</u>

INDIVIDUALS et al.,

                    Defendants.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff's motion for alternative service of process on six Defendants is GRANTED, substantially for the reasons set forth in Plaintiff's memorandum of law.  *See* ECF No. 96.  The Clerk of Court is directed to terminate ECF No. 96.

      SO ORDERED.

Dated:  September 11, 2025
        New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge