**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church Street #304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



<u>**VIA ECF**</u>

September 15, 2025

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re:   **Fox Shiver LLC v. Individuals, et. al.,**  (Dkt # 25-cv-3068-JMF)
Status Update & Motion for Extension of Time pursuant to Fed. R. Civ. P. 4(m)

Dear Judge Furman:

I represent Plaintiff Fox Shiver LLC ("Fox Shiver") in the above-referenced action. Pursuant to the Court's Order (ECF No. 80), Fox Shiver respectfully submits this status update.

On September 11, 2025, the Court granted Fox Shiver's Motion for Alternative Service as to six of the Defendants. ECF No. 100. Fox Shiver will be serving these Defendants before close of business tomorrow, September 16, 2025.

With respect to Defendant PansisDesign, Fox Shiver has filed a motion for additional expedited discovery (ECF No. 101). Etsy, Inc. identified the storefront operator as Ana Maritza Henriquez of Homestead, Florida, but through counsel Mrs. Henriquez has represented that her identity was stolen and has submitted an affidavit to that effect. The proposed Rule 45 subpoenas to Etsy and its contracted identity verification vendors are narrowly tailored to ascertain the true operator of the storefront.

Pursuant to the Court's July 14, 2025, Order (ECF No. 80), the current deadline to effectuate service is October 13, 2025. Good cause exists for a 30-day extension, until November 12, 2025, because the non-parties may require time to provide notice under applicable privacy statutes before producing records. Additional time will therefore be necessary both to serve the subpoenas and to await responses. Only upon receipt of that information will Fox Shiver be able to identify and serve the proper defendant. An extension will ensure that Fox Shiver can pursue service diligently and in compliance with the Court's orders, while avoiding prejudice from delays outside its control.

This is Fox Shiver's second request for an extension of time to complete service and one prior extension has been granted. There are no appearances currently scheduled before the Court, but pursuant to the Court's May 21, 2025 Order (ECF 40), Plaintiff is required to file a further status update two months from now. No other deadlines are presently set.

Hon. Jesse Furman
September 15, 2025
**2** | P a g e



     As to the remaining U.S.-based Defendants, all have either been served and have not responded, or have filed answers. Fox Shiver is also continuing its efforts to communicate with the Polish Central Authority regarding the service of process request for one Defendant, but has not yet received a response.

     Thank you for your attention to this matter.

Respectfully,

Dmitry Lapin, Esq.

Application GRANTED, as is the motion for expedited discovery, substantially for the reasons set forth in Plaintiff's memorandum of law.  *See* ECF No. 101.  Plaintiff is reminded, however, that requests for extensions or adjournments should be made by letter-motion, not ordinary letter.  Plaintiff shall file its next status update on **November 15, 2025.**  The Clerk of Court is directed to terminate ECF No. 101.

SO ORDERED.

September 19, 2025