```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
FOX SHIVER LLC,                                                         :
                                                                        :
                                                                        :
                        Plaintiff,                                      :
                                                                        :         25-CV-3068 (JMF)
                -v-                                                     :
                                                                        :            ORDER
                                                                        :
INDIVIDUALS, CORPORATIONS, LIMITED                                      :
LIABILITY COMPANIES, PARTNERSHIPS, AND                                  :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                                  :
ON SCHEDULE A OF THE COMPLAINT,                                         :
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

This Order addresses the briefing schedule for several pending motions in this case:

First, on October 7, 2025, Defendant Julie M. Norris d/b/a FamilyMakingsByJulie ("Julie M. Norris") filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. ECF No. 122. On October 16, 2025, the Court set a briefing schedule ordering Plaintiff to file an amended complaint or opposition to Defendant's motion no later than October 28, 2025. ECF No. 132. Before the Court's Order was docketed, Plaintiff filed an opposition, ECF No. 123, and, in the alternative, a motion for jurisdictional discovery, ECF No. 126. Since Defendant's motion to dismiss and Plaintiff's motion for jurisdictional discovery are related, Defendant Julie M. Norris shall file any reply in support of the motion to dismiss and any opposition to the motion for jurisdictional discovery, in the form of one consolidated memorandum of law, no later than **November 14, 2025**. Plaintiff's reply, if any, in support of the motion for jurisdictional discovery shall be filed no later than **November 21, 2025.**

Second, on October 16, 2025, Plaintiff filed a motion for an award of fees and costs

2

incurred in effecting service of process pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure as to Defendants Julie M. Norris and Narges Tankbris d/b/a JooJooArtStore ("Narges Tankbris").  ECF No. 127.  Defendants shall file any opposition to this motion no later than **November 14, 2025**.  No reply may be filed absent prior leave of Court.

The Clerk of Court is directed to mail a copy of this Order to Defendants Julie M. Norris and Narges Tankbris.

SO ORDERED.

Dated: October 17, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge