UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
FOX SHIVER LLC, :
:
:
Plaintiff, :
: 25-CV-3068 (JMF)
-v- :
: ORDER
:
INDIVIDUALS, CORPORATIONS, LIMITED :
LIABILITY COMPANIES, PARTNERSHIPS, AND :
UNINCORPORATED ASSOCIATIONS IDENTIFIED :
ON SCHEDULE A OF THE COMPLAINT, :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It has come to the Court's attention that the Court's prior Orders (ECF Nos. 104, 131) may not have been served on Defendant Shameem Aslam d/b/a StitchSpire ("StitchSpire"), as they appear to have been mailed to an incorrect address.

In light of the foregoing, StitchSpire's deadline to show cause as to why it should be permitted to proceed without counsel in this action — which was set for October 30, 2025 — is hereby EXTENDED, *nunc pro tunc*, to **November 26, 2025. If Defendant does not show cause by that date, the Court may strike its answer and deem it to be in default.**

For the same reasons, the deadline for StitchSpire to respond to Plaintiff's motion for an award of fees and costs incurred in effecting service of process — which is set for November 20, 2025 — is hereby extended to **December 17, 2025. Failure to respond by that date may result in Plaintiff's motion being granted as unopposed.**

The Clerk of Court is directed to (1) update StitchSpire's address on the docket so it is consistent with the address information in its answer, *see* ECF No. 90, namely 5907 Vineyard Creek Lane, Porter, *Texas*, 77365; and (2) mail a copy of this Order as well as the Orders docketed at ECF Nos. 104, 131 to StitchSpire at that address.

SO ORDERED.

Dated: November 12, 2025
       New York, New York                    _____
                                             JESSE M. FURMAN
                                             United States District Judge