UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FOX SHIVER LLC,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :        25-CV-3068 (JMF)
         -v-                                                       :
                                                                   :             ORDER
INDIVIDUALS, CORPORATIONS, LIMITED                                :
LIABILITY COMPANIES, PARTNERSHIPS, AND                            :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                            :
ON SCHEDULE A OF THE COMPLAINT,                                   :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's October 17, 2025 Order, ECF No. 136, Defendant Julie M. Norris d/b/a FamilyMakingsByJulie ("Julie M. Norris") was required to file (1) any reply in support of her motion to dismiss, ECF No. 122; (2) any opposition to Plaintiff's motion for jurisdictional discovery, ECF No. 126; and (3) any opposition to Plaintiff's Federal Rule of Civil Procedure Rule 4(d)(2) motion, ECF No. 127, no later than November 14, 2025.  To date, Defendant has not filed any of these papers.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 24, 2025**.  Failure to file by that deadline my result in Plaintiff's motions being granted as unopposed.  In light of the foregoing, Plaintiff shall file a reply, if any, in support of the motion for jurisdictional discovery no later than **December 4, 2025.**

        In addition, pursuant to the Court's September 19, 2025 Order, ECF No. 110, Plaintiff was required to file a status letter no later than November 15, 2025.  To date, Plaintiff has not filed that letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 24, 2025**.  Failure to file the letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

        All parties are cautioned that failure to comply with Court-ordered deadlines may result in sanctions.

        SO ORDERED.

Dated: November 17, 2025
     New York, New York              _____
                                     JESSE M. FURMAN
                             United States District Judge