UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                            :

FOX SHIVER LLC,                        :
                            :
              Plaintiff,           :
                            :         25-CV-3068 (JMF)
      -v-                       :
                            :          ORDER
INDIVIDUALS, CORPORATIONS, LIMITED  :
LIABILITY COMPANIES, PARTNERSHIPS, AND  :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A TO THE COMPLAINT,    :
                            :
             Defendants.       :
                            :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's November 12, 2025 Order, ECF No. 145, Defendant Shaheem Aslam d/b/a as StitchSpire ("StitchSpire") was required to show cause in writing as to why StitchSpire should be permitted to proceed without counsel in this action no later than November 26, 2025.  To date, Defendant has not filed any such communication.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to December 19, 2025.  **If StitchSpire does not show cause by that date, the Court may strike its answer and deem it to be in default.**

        In light of the foregoing, the deadline for StitchSpire to respond to Plaintiff's motion for an award of fees and costs incurred in effecting service of process — which is set for December 17, 2025 — is also extended to January 14, 2026.  **Failure to respond by that date may result in Plaintiff's motion being granted as unopposed.**

        The Clerk of Court is directed to mail a copy of this Order to Defendant.

        SO ORDERED.

Dated: December 5, 2025
      New York, New York                _____
                                       JESSE M. FURMAN
                                    United States District Judge