UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

FOX SHIVER LLC,                         :

                          :

                Plaintiff,       :

                          :           25-CV-3068 (JMF)

        -v-                    :

                          :             ORDER

INDIVIDUALS, CORPORATIONS, LIMITED   :
LIABILITY COMPANIES, PARTNERSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED   :
ON SCHEDULE A TO THE COMPLAINT,      :

                          :

             Defendants.      :

                          :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Various Defendants in this action appear to be in default.  *See* ECF Nos. 140, 168.
Plaintiff shall file any motion for default judgment against these Defendants (the "Defaulting
Defendants"), in accordance with the Court's Individual Rules and Practices for Civil Cases
(available at https://nysd.uscourts.gov/hon-jesse-m-furman), **within two weeks of the date of
this Order**.  Plaintiff should familiarize itself with Local Civil Rules 55.1 and 55.2, which, along
with Rule 55 of the Federal Rules of Civil Procedure and Rule 4(J) of the Court's Individual
Rules, govern default judgment motion practice before this Court.  Per Local Civil Rule 55.2, a
party seeking default judgment must append to the motion a Clerk's Certificate of Default, which
may be obtained by following the procedure described in Local Civil Rule 55.1.  To be clear:
Plaintiff must file its **<u>motion</u>** for default judgment, *not* merely its request for a Clerk's Certificate
of Default, by the above deadline.

        If Plaintiff's counsel submits calculations in support of any motion for default judgment,
Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions
of the files in their original format, such as in ".xlsx") to Chambers at Furman_NYSDChambers
@nysd.uscourts.gov.

        If or when a motion for default judgment is filed, the Court will enter a further Order
setting a deadline for any opposition and reply and scheduling a show cause hearing.  If no
motion for default judgment is filed by the deadline set forth above, the case may be dismissed
for failure to prosecute without further notice to the parties.

        Separately, Plaintiff shall file its next status letter updating the Court on the status of
service on CreativeCasesNation **no later than May 20, 2026.**

Plaintiff shall serve a copy of this Order on Defaulting Defendants with its motion for default judgment and shall file proof of such service **within three business days**.

The Clerk of Court is directed to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire and Narges Tankbris d/b/a JooJooArtStore.

SO ORDERED.

Dated: March 20, 2026
      New York, New York

                                    JESSE M. FURMAN
                            United States District Judge

2