UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

Fox Shiver LLC

                   Plaintiff

                                      Case No: 25-cv-3068-JMF

      v.

Individuals, Corporations, Limited
Liability Companies, Partnerships,
and Unincorporated Associations Identified
on Schedule A to the Complaint,

                   Defendants.

----------------------------------------------------------x

## MOTION FOR LEAVE TO SERVE DEFAULT JUDGMENT MATERIALS VIA EMAIL

Plaintiff respectfully moves the Court for leave to serve all documents in support of its anticipated motion for default judgment, as well as the Court's March 20, 2026 Order (ECF No. 170), via email, solely as to those Defendants for whom email service was previously authorized. Those Defendants are identified within **Exhibit A**, hereto. This request is consistent with the service methods previously approved by the Court and with precedent from this District permitting alternative service of default-related materials via email where initial service was effectuated the same way.

Plaintiff brought this copyright infringement action against Defendants who operate online storefronts and offered for sale/sold digital files and other merchandise bearing/containing Plaintiff's works of art. In conjunction with the Temporary Restraining Order (the "TRO"), the Court permitted Plaintiff to effectuate service of process on certain non-US Defendants, located in countries where service via mail is not prohibited, or in countries that are not signatories to the Hague Convention. See ECF No. 30. After the exercise of reasonable diligence as to certain

Defendants located in the United States, the Court granted Plaintiff leave to effectuate service via email as to those Defendants. See ECF No. 100.

Plaintiff anticipates moving for Default Judgment within the next two weeks, as directed by the Court within its March 20, 2026 Order.  Local Civil Rule 55.2(a)(3) and the Court's Individual Rule 4(I)(viii) states that Plaintiff must also file a certificate of service stating that all documents in support of the motion have been personally served on or mailed to the party against whom default judgment is sought.

Nonetheless, the Court retains discretion to authorize alternative service of such materials. Other Judges within the Second Circuit have previously found service of a motion for default judgment and its supporting papers via email to be satisfactory prior to entering an order granting default judgment. See e.g., *KAWS, Inc. v. Individuals, Corps., LLC, P'ships*, No. 22-CV-9073 (JPO), 2023 U.S. Dist. LEXIS 156080, at *3 (S.D.N.Y. Sep. 5, 2023) See also, *id.* ECF No. 46. *Skyrocket, LLC v. 2791383638*, 2022 U.S. Dist. LEXIS 110807, at *3 (S.D.N.Y. June 22, 2022); *Fox Shiver LLC v. Individuals, et al.* No. 24-cv-1962-LGS, ECF No. 122 (November 19, 2024); *Fox Shiver LLC v. Individuals, et al.,* No. 23-cv-1898-JPO, ECF No. 133. (July 25, 2025).

Authorization of alternative service is both appropriate and warranted under the circumstances. The Court has already determined that service via email on the relevant Defendants is reasonably calculated to provide actual notice, and Plaintiff now seeks to serve its motion for default judgment and supporting documents using the same email addresses and methods previously approved. This approach will ensure timely and effective delivery of the default judgment materials while fulfilling the fundamental requirement of providing fair notice to the defaulting Defendants.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to serve the anticipated Motion for Default Judgment, including all supporting papers and the Court's March 20, 2026, Order, via email, solely as to those Defendants for whom email service was previously authorized by the Court.

Date: March 27, 2026                     Respectfully Submitted,

By: */s/ Dmitry Lapin*
Dmitry Lapin, Esq.
Axenfeld Law Group, LLC
2001 Market Street Suite 2500
Philadelphia, PA 19103
dmitry@axenfeldlaw.com
917-979-4570
*Attorney for Plaintiff*

## CERTIFICATION AS TO WORD-COUNT

I, Dmitry Lapin, hereby certify that this memoranda consists of 510 words (as indicated by Microsoft Word's word count tool) excluding the case caption, signature block, and this Certification.

Dated: March 27, 2026                     /s/ Dmitry Lapin
Dmitry Lapin

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 171 and to mail a copy of this endorsement to Defendants Shameen Aslam d/b/a StitchSpire and Narges Tankbris d/b/a JooJooArtStore.

SO ORDERED.

March 30, 2026