UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

FOX SHIVER LLC,                         :

                     :

            Plaintiff,           :

                     :         25-CV-3068 (JMF)

      -v-                   :

                     :          <u>ORDER</u>

INDIVIDUALS, CORPORATIONS, LIMITED    :
LIABILITY COMPANIES, PARTNERSHIPS, AND   :
UNINCORPORATED ASSOCIATIONS IDENTIFIED  :
ON SCHEDULE A TO THE COMPLAINT,    :

                     :

          Defendants.        :

                     :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's April 6, 2026 Order, various Defendants in this action were ordered to file any opposition to Plaintiff's pending motion for a default judgment no later than April 24, 2026, and to appear for a show-cause hearing on May 5, 2026, at 4:00 p.m.  *See* ECF No. 182.  On April 23, 2026, one of those Defendants, Ohmygatosla, filed an opposition to the pending default judgment motion.  *See* ECF No. 186.

In light Ohmygatosla's opposition, and consistent with the Court's prior Order, ECF No. 182, the parties should be prepared to treat the upcoming show-cause hearing as an initial pretrial conference with respect to this Defendant.  To that end, the parties shall follow this Court's pre-conference procedures as set forth in that Order.  *See id.*

At that conference, moreover, Ohmygatosla should also be prepared to show cause as to why it should be permitted to proceed without counsel in this action.  As the Court has explained in prior Orders, in general, corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity

"repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted). That said, although "courts generally do not allow corporations, partnerships, associations, and other artificial entities to appear in court without an attorney," courts have "allow[ed] sole proprietorships to proceed pro se because a sole proprietorship has no legal existence apart from its owner." *Scales v. Design Nortex*, No. 23-CV-6442 (LTS), 2024 WL 21909, at *2 (S.D.N.Y. Jan. 2, 2024) (internal quotation marks omitted). Thus, if Ohmygatosla is not a sole proprietorship and appears at the conference without counsel, the Court may deem it to be in default.

The Clerk of Court is ordered to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire, Narges Tankbris d/b/a JooJooArtStore, and Ohmygatosla.

SO ORDERED.

Dated: April 27, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2