UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FOX SHIVER LLC,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :          25-CV-3068 (JMF)
               -v-                                                 :
                                                                   :              ORDER
INDIVIDUALS, CORPORATIONS, LIMITED                                 :
LIABILITY COMPANIES, PARTNERSHIPS, AND                             :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                             :
ON SCHEDULE A TO THE COMPLAINT,                                    :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 6, 2026, the Court ordered various Defendants to appear and show cause on **May 5, 2026**, at 4:00 p.m., why an order should not be issued granting a default judgment against them.  *See* ECF No. 182.  That hearing is hereby RESCHEDULED for **2:30 p.m. on that same date**.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again.

Fox Shiver is hereby ordered to serve each of the Subject Defendants with a copy of this Order **within one business day of its filing** and file proof of service on ECF **within two business days of service.**

The Clerk of Court is directed to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire, Narges Tankbris d/b/a JooJooArtStore, and Ohmygatosla.

SO ORDERED.

Dated:  April 29, 2026
        New York, New York                          _____
                                                         JESSE M. FURMAN
                                                       United States District Judge