UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FOX SHIVER LLC,<br><br>Plaintiff,<br><br>-v-<br><br>INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | : | 25-CV-3068 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's May 21, 2026 Order, ECF No. 196, Plaintiff was required to file a status letter, the contents of which are described therein, no later than July 20, 2026. To date, Plaintiff has not filed that letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 27, 2026**. Failure to file the letter by that deadline may result in sanctions.

The Clerk of Court is directed to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire and Narges Tankbris d/b/a JooJooArtStore.

SO ORDERED.

Dated: July 22, 2026
New York, New York

JESSE M. FURMAN
United States District Judge