UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOX SHIVER LLC,

Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

---

25-CV-3068 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On June 5, 2026, the Court denied Defendant Julie M. Norris's motion to dismiss for lack of personal jurisdiction and, in the alternative, to transfer venue without prejudice to renewal after jurisdictional discovery. ECF No. 197. With jurisdictional discovery now closed, Norris has now renewed her motion to dismiss or transfer. ECF No. 206. Plaintiff shall file any opposition to the pending motion **no later than August 12, 2026.** Norris shall file her reply, if any, **no later than August 17, 2026.**

The Clerk of Court is directed to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire and Narges Tankbris d/b/a JooJooArtStore.

SO ORDERED.

Dated: August 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge