**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church Street #304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com

Axenfeld Law Group LLC
Trademark - Patent - Intellectual Property Law

**VIA ECF**

September 23, 2026

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: **Fox Shiver LLC. v. Individuals, et. al.,** (Dkt # 25-cv-3068-JMF)

Dear Judge Furman:

This office represents Plaintiff Fox Shiver LLC in the above referenced matter. On September 21, 2026, the Court scheduled an initial pretrial conference with Plaintiff and Defendant Narges Tankbris d/b/a JooJooArtStore for October 20, 2026.See ECF No. 221.

I will be out of the country on October 20, 2026, due to previously scheduled travel and therefore will be unable to attend the conference. Due to other professional commitments, my next available date is November 10, 2026.

Plaintiff respectfully requests that the Court adjourn the conference to November 10, 2026, or such later date as the Court deems appropriate. This is Plaintiff's first request to adjourn the conference. Defendant Narges Tankbris d/b/a JooJooArtStore consents to the requested adjournment and has confirmed her availability on November 10, 2026. The requested adjournment will not affect any other deadlines presently set in this action.

Plaintiff thanks the Court for its consideration of this request.

Sincerely,

Dmitry Lapin, Esq.

Application GRANTED, except the initial pretrial conference with Plaintiff and Defendant Narges Tankbris d/b/a JooJooArtStore previously scheduled for October 20, 2026, is hereby ADJOURNED to **November 17, 2026, at 4:00 p.m.**

CC via e-mail:
Narges Tankbris d/b/a JooJooArtStore

Since Defendant appears to be located in California, the conference will now be held remotely by telephone in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman. The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 2(B)(i), which requires the parties, no later than 24 hours before the conference, to send a joint email to the Court with a list of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call. The Clerk of Court is directed to terminate ECF No. 222 and to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire and Narges Tankbris d/b/a JooJooArtStore.

SO ORDERED

September 23, 2026