UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

FOX SHIVER LLC,

Plaintiff,

-v-

INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

---------------------------------------------------------------------X

25-CV-3068 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and the Court's Individual Rules and Practices, Plaintiff was required to serve on Defendant Stitchspire its Motion for Default Judgment and associated papers. *See* ECF Nos. 212-216. To date, Plaintiff has not filed proof of service of these papers on Defendant Stitchspire. Plaintiff shall file proof of service no later than **tomorrow, October 6, 2026.**

The Clerk of Court is directed to mail a copy of this Order to Defendants Shameen Aslam d/b/a StitchSpire and Narges Tankbris d/b/a JooJooArtStore.

SO ORDERED.

Dated: October 5, 2026
New York, New York

JESSE M. FURMAN
United States District Judge